IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01223-WYD-MEH

MALIBU MEDIA, LLC,

 Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 76.25.105.21,

 Defendant.

## ORDER OF DISMISSAL

 In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on June 9, 2014 (ECF No. 11), it is

 ORDERED that Defendant John Doe and this action are **DISMISSED WITHOUT PREJUDICE**.

 Dated:  June 9, 2014

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Senior United States District Judge